THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* LUCY ADALINE HALL, Individually and as Administratrix of JOHN B. HALL, Deceased, et al., Defendants.

SOPHIE G. PARKER, as Executrix of ASA W. PARKER, Deceased, Appellant.

*Mutual Life Ins. Co.* v. *Hall*, 31 App. Div. 574, affirmed.
(Argued February 13, 1901; decided March 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Samuel Keeler* and *C. D. Rust* for appellant.

*Charles E. Miller* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER JJ. Not sitting: CULLEN, J.

---

In the Matter of the Judicial Settlement of the Accounts of HENRY J. SULLIVAN, as Administrator of REBECCA B. EVANS, Deceased, Appellant; RICHARD B. EVANS et al., Respondents.

*Matter of Sullivan*, 41 App. Div. 623, affirmed.
(Argued February 25, 1901; decided March 5, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1899, affirming a decree of the Monroe County Surrogate's Court disallowing certain items of the accounts of